```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

                          CRIMINAL CASE NO.

v.

                          1:13-cr-391-01-JEC-AJB

RANDY MIRANDA-MUNGUIA,

    Defendant.

## ORDER

    This case is before the Court on the Magistrate Judge's Report and Recommendation [32] recommending accepting defendant's plea of guilty tendered on March 5, 2014. No objections to the Report and Recommendation [32] have been filed.

    It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [32] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

    SO ORDERED this 23rd day of May, 2014.

                                                /s/ Julie E. Carnes
                                                JULIE E. CARNES
                                                CHIEF U.S. DISTRICT JUDGE